**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Ohio**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 13-59086 |
| Barbara Scheiderer } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

**Notice of Change of Address**

My Former Mailing Address was:

Name:     Barbara Scheiderer

Street:     8150 Cemetery Pike

City, State, Zip: Plain City, OH 43064

**Please be advised that effective January 15th, 2015**
**my new mailing address is:**

Name:     **Barbara Scheiderer**

Street:     **265 West Main St Apt B**

City, State ,Zip: **Plain City, OH 43064**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic. mail on January 15th, 2015 to the following:
**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Barbara Scheiderer
265 West Main St Apt B
Plain City, OH 43064

                                          Respectfully Submitted,

                                          /s/ Erin Schrader
                                          Erin Schrader (0078078)
                                          5 East Long Street
                                          Suite 300
                                          Columbus, Ohio 43215
                                          (614) 228-4480