**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 13-59086 |
| Barbara Scheiderer } | |
| } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

### Notice of Change of Address

**My Former Mailing Address was**:

Name: Barbara Scheiderer

Street: 249 Shepper Ave

City, State, Zip: Plain City, OH 43064

**Please be advised that effective September 23, 2017
my new mailing address is:**

Name: Barbara Scheiderer

Street: PO Box 58

City, State ,Zip: Plain City, OH 43064

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on September 23, 2017, to the following:

**Trustee:**
Frank M Pees
130 East Wilson Bridge Road
Suite 200
Worthington, OH 43085
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Barbara Scheiderer
PO Box 58
Plain City, OH 43064

                                                Respectfully Submitted,
                                                /s/ Erin E. Schrader
                                                Erin E. Schrader (0078078)
                                                Rauser & Associates
                                                5 East Long St., Suite 300
                                                Columbus, OH 43215
                                                (614) 228-4480